Slip Op. 11 - 71

AMENDED JUDGMENT

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - - -x

AD HOC SHRIMP TRADE ACTION COMMITTEE,   :

                        Plaintiff,    :

                        v.            :   Court No. 07-00380

UNITED STATES,                        :

                        Defendant.    :

- - - - - - - - - - - - - - - - - - - -x


        This court having found presentment of this action anomalous per slip opinion 09-85, 33 CIT ___ (Aug. 12, 2009), and having entered a judgment of dismissal pursuant thereto; and the plaintiff having filed a notice of appeal therefrom; and the U.S. Court of Appeals for the Federal Circuit having come to conclude that this court erred by dismissing the action without reaching its merits but also that it was indeed meritless, 618 F.3d 1316, 1323 (2010); and that court having nonetheless reversed and remanded for entry of judgment against the plaintiff; and that court's mandate to that anomalous effect having issued;  Now therefore, in conformity therewith, it is

ORDERED, ADJUDGED AND DECREED that this action be, and it hereby is, dismissed anew.

Dated: New York, New York
       June 21, 2011


                                    /s/  Thomas J. Aquilino, Jr.
                                           Senior Judge